**Dorrance, Sullivan & Company, appellant, v. Roy Quinlan, appellee. Gen. No. 30,946.**

Action upon promissory notes. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926. Rehearing denied October 25, 1926.

Bell & Cross, for appellant; Stephen A. Cross, of counsel. Montgomery, Hart & Smith, for appellee; Louis E. Hart, Norman H. Pritchard and Victor C. Milliken, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Andrew T. Stokes and Vera Poole, appellees, v. John B. Morris and Burrnett Morris, appellants. Gen. No. 30,955.**

Action to recover earnest money deposited upon contract of sale. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

H. K. Barnett, for appellants. Walter M. Farmer, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**John Russell, appellee, v. Jacob Shafton and Leo Shafton, trading as Shafton Company, appellants. Gen. No. 30,967.**

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

Pritzker & Pritzker, for appellants. Joseph M. Connery and Sinden & Hassell, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Lake View Trust & Savings Bank, appellant, v. Edward T. Kelly Company, appellee. Gen. No. 30,976.**

Action to recover money paid under alleged mistake of fact. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Matthew D. Hartigan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed October 11, 1926.

Robert J. Monahan for Samuel J. Lumbard, for appellant. Sumner C. Palmer, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.